DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                NO.
12-07-00425-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

CHERRY SCHAWANNA WHITE,  §                      APPEAL
FROM THE 124TH

APPELLANT

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §                      GREGG
COUNTY, TEXAS

                                                                                                             
                                              

MEMORANDUM
OPINION

PER
CURIAM

            Appellant has been granted a new trial and has filed a
motion to dismiss this appeal.  The
motion is signed by Appellant and her counsel. 
No decision having been delivered by this court, the motion is granted,
and the appeal is dismissed, without prejudice, 
in accordance with Texas Rule of Appellate Procedure 42.2.

            Opinion delivered January 31, 2008.

            Panel consisted of Worthen, C.J., Griffith, J., and Hoyle,
J.

 

 

 

 

 

 

 

(DO NOT
PUBLISH)